AO 468 (Rev. 01/09 OKND 04/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 15-mj-198-TLW |
| Scott Fredrick Arterbury | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 11/12/15

[signature] *Defendant's signature*

[signature] *Signature of defendant's attorney*