

AO 442 (Rev. 10/13) Arrest Warrant

**FILED**

**NOV 13 2015**

Phil Lombardi, Clerk
U.S. DISTRICT COURT

**RECEIVED**

BY: USMS N/OK

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-MJ-198-TLW |
| SCOTT FREDRICK ARTERBURY | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   SCOTT FREDRICK ARTERBURY,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

Date: 11/10/2015

_____
Issuing officer's signature

City and state:   Tulsa, Oklahoma

T. Lane Wilson, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 11-10-15, and the person was arrested on (date) 11-10-15
at (city and state) Tulsa OK.

Date: 11-12-15    * FBI arrested on 11-10-15

_____
Arresting officer's signature

USM McCulloh
Printed name and title