

AO 442 (Rev. 10/13) Arrest Warrant

**FILED**

**NOV 13 2015**

Phil Lombardi, Clerk
U.S. DISTRICT COURT

**RECEIVED**

BY: USMS N/O/C

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-MJ-198-TLW |
| SCOTT FREDRICK ARTERBURY | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ SCOTT FREDRICK ARTERBURY _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

Date: 11/10/2015

*Issuing officer's signature*

T. Lane Wilson   U.S. Magistrate Judge
*Printed name and title*

City and state:   Tulsa, Oklahoma

### Return

This warrant was received on *(date)* 11-10-15, and the person was arrested on *(date)* 11-10-15,
at *(city and state)* Tulsa OK.

Date: 11-12-15     * FBI arrested on 11-10-15

*Arresting officer's signature*

USM McCullah
*Printed name and title*