# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

United States of America,

      Plaintiff,

vs.                                                          Case No. 15-mj-198-TLW

Scott Fredrick Arterbury,

      Defendant.

### APPEARANCE BOND

    Non-surety:   I, the undersigned Defendant acknowledge that I and my . . .

    Surety:   We, the undersigned, jointly and severally acknowledge that we and our . . . [ww initials]

personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $~~10,000~~ 20,000, and there has been deposited in the Registry of the court the sum of $-0- in cash or .

    The conditions of this bond are that Defendant is to appear before this court, and at such other places as Defendant may be required to appear, in accordance with any and all orders and directions relating to Defendant's appearance in this case, including appearance for violation of a condition of Defendant's release as may be ordered or notified by this Court or any other United States District Court to which Defendant may be held to answer or the cause transferred. Defendant shall abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

    It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

    If Defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, this bond is to be void, but if Defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and, if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment maybe entered upon motion in such United States District Court against each the undersigned jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

_/s/ Scott Fredrick Arterbury_
Scott Fredrick Arterbury
Tulsa, OK

Dated: 11/16/2015

_/s/ Paul J. Cleary_
Paul J. Cleary
United States Magistrate Judge

Appearance Bond                                                                                                   AO-98 Modified (3/06)