

**SEALED**

**FILED**
DEC 07 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 15 CR 182 JHP |
| | ) | |
| Plaintiff, | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | [18 U.S.C. §§ 2252(a)(4)(B) and |
| SCOTT FREDRICK ARTERBURY, | ) | 2252(b)(2): Possession of Child |
| | ) | Pornography] |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

On or about November 10, 2015, in the Northern District of Oklahoma, the defendant, **SCOTT FREDRICK ARTERBURY**, knowingly possessed, and attempted to possess, and knowingly accessed with intent to view, matter, that is, a Seagate 500GB hard drive, which contained visual depictions of minors engaging in sexually explicit conduct in one or more graphic image files and video files. The production of the visual depictions involved the use of at least one prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct. The visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and had been shipped and transported using means and facilities of interstate and foreign commerce; and were produced using materials which had been so mailed and shipped and transported by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

| | |
|---|---|
| DANNY C. WILLIAMS, SR.<br>UNITED STATES ATTORNEY | A TRUE BILL |
| *[signature]*<br>ANDREW J. HOFLAND<br>Assistant United States Attorney | */s/ Grand Jury Foreperson*<br>Grand Jury Foreperson |