# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.                                      Case Number: 15-CR-182-JHP

Scott Fredrick Arterbury,

                Defendant(s).

## MINUTE ORDER

At the direction of Judge James H. Payne, it is hereby ordered that:

The Government is to provide initial discovery to the Defendant(s) currently in the case or added at a later time. This discovery shall be provided contemporaneously with the arraignment of each defendant. This initial discovery shall include and identify with specificity the portions of the discovery produced containing (1) all evidence material to preparing the defense, including but not limited to, evidence subject to mandatory disclosure pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and Giglio v. United States, 405 U.S. 150 (1972); and (2) all evidence the government intends to use in its case-in-chief at trial. Additionally, at all arraignments, counsel for the Government shall announce on the record the status of discovery production.

The Clerk is directed to provide a copy of this order to all counsel of record.

                                              Phil Lombardi,
                                              Clerk of Court, United States District Court

                                                        *S/ P Lynn*

                                              By: P. Lynn, Deputy Clerk