# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.                                        Case Number: 15-CR-182-JHP
                                                                         SEALED

Scott Fredrick Arterbury,

                Defendant(s).

## SCHEDULING ORDER

At the direction of James H. Payne, U.S. District Judge, it is hereby ordered that:

| | |
|---|---|
| Motions due: | 12-18-2015 |
| Responses due: | 12-28-2015 |
| PT/CP/Motions Hearing: | 12-22-2015    at 1:30 p.m. |
| Voir dire, jury instructions, and trial briefs due: | 1-11-2016 |
| Jury Trial: | 1-20-2016    at 9:30 a.m. |

      It is further ordered that any motions for continuance that could affect the seventy (70) day deadline for commencement of trial provided for by the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq, shall specify the provision(s) of that Act pursuant to which the movant contends the requested delay may be excluded in computing the seventy (70) day deadline, as well as the facts underlying the movant's contentions.

                                                Phil Lombardi,
                                                Clerk of Court, United States District Court

                                                s/P. Lynn
                                                By: P. Lynn, Deputy Clerk

                                                                      c/ J. Linnen, A. Hofland & USPO