UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.                                  Case Number: 15-cr-182-JHP

Scott Fredrick Arterbury,               Date: 12-15-2015
                Defendant(s).        Court Time: 2:00 p.m.

## MINUTE SHEET - ARRAIGNMENT

Frank H. McCarthy, U.S. Magistrate Judge      T. Calico, Deputy Clerk      C1, Reporter

Counsel for Plaintiff: Andrew J. Hofland

Counsel for Defendant: Julie Linnen, FPD

Interpreter: _____; [] sworn

Defendant appears in person for Arraignment on: [X] Indictment; [] Information; [] Complaint;
                              [X] with Counsel; [] Counsel waived; [] w/o Counsel;

[X] Defendant acknowledges receipt of Indictment. Indictment: [] Read; [X] Reading waived;

[X] Defendant advised of charge;

Defendant's name as reflected in the Indictment;

    [X] Verified in open court as the true and correct legal name;

    [] Corrected by interlineation to _____

        to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.

    [] Unable to verify in open court as the true and correct legal name: [] U.S. Attorney; [] Deft's Attorney to verify and advise court;

[X] Arraignment held and Defendant pleads Not Guilty; Court accepts plea; [X] Schedule to be entered;

Defendant waives: [] Indictment; [] Detention Hearing; [] Separate Representation; [] Waivers approved by Court;

[] Arraignment continued to: _____ at _____ a.m./p.m.

[] Detention Hearing scheduled: _____ at _____ a.m./p.m.

[X] Defendant allowed to stand on present bond; [X] Government stipulates, findings made

[] Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____

_____

_____

_____

Minute Sheet - Arraignment                                                                                   CR-01-Mag (9/14)