# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.                                    Case Number: 15-CR-182-JHP

Scott Fredrick Arterbury,

                Defendant(s).

## AMENDED SCHEDULING ORDER

Upon consideration of Defendant's unopposed motion (#19) for the continuance of the jury trial, the Court finds that the ends of justice would be served by granting the continuance and that such a continuance outweighs the interest of the public and the Defendant in a speedy trial. Accordingly, the jury trial of this matter is continued and the period of time occasioned by this delay from: 1/19/16 to 2/16/16 is excludable pursuant to U.S.C. § 3161(h)(8)(A).

At the direction of James H. Payne, U.S. District Judge, it is hereby ordered that:

| | | |
|---|---|---|
| Motions due: | 1-4-2016 | |
| Responses due: | 1-15-2016 | |
| PT/CP/Motions Hearing: | 1-27-2016 | at 1:30 p.m. |
| Voir dire, jury instructions, and trial briefs due: | 2-5-2016 | |
| Jury Trial: | 2-16-2016 | at 9:30 a.m. |

It is further ordered that any motions for continuance that could affect the seventy (70) day deadline for commencement of trial provided for by the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq, shall specify the provision(s) of that Act pursuant to which the movant contends the requested delay may be excluded in computing the seventy (70) day deadline, as well as the facts underlying the movant's contentions.

                                            Phil Lombardi,
                                            Clerk of Court, United States District Court

                                            <u>s/P. Lynn</u>
                                            By: P. Lynn, Deputy Clerk