IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-CR-182-JHP |
| ) | |
| SCOTT FREDERICK ARTERBURY, ) | |
| ) | |
| Defendant. ) | |

## SPEEDY TRIAL WAIVER

Defendant Scott Frederick Arterbury acknowledges that he has been fully advised of his right to a speedy trial and understands this right has been guaranteed to him by the Sixth Amendment to the United States Constitution and by the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*. With such knowledge, he freely and voluntarily waives his/her right to a speedy trial on the Indictment herein.

Defendant Arterbury specifically requests that all delays resulting from a continuance of his jury trial from February 16, 2016, to March 22, 2016, be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv).

_____
Scott Frederick Arterbury, Defendant

Respectfully submitted,

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Julia L. O'Connell, Federal Public Defender

By:   s/ Julie K. Linnen
      Julie K. Linnen, WI Bar #1085029
      Williams Tower I, Suite 1225
      One West Third Street
      Tulsa, Oklahoma 74103-3532
      Telephone: (918) 581-7656
      Facsimile: (918) 581-7630
      E-mail: julie_linnen@fd.org
      *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I certify that on 26th the day of Janaury, 2016, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

Mr. Andrew Hofland
Assistant United States Attorney
Office of the United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119

                                        s/Julie K. Linnen
                                        Julie K. Linnen