# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                        Plaintiff,       Case Number: 15-CR-182-JHP

vs.                                             Proceeding: Pretrial Conference

Scott Fredrick Arterbury,                Date: 2-24-2016
                      Defendant(s).     Court Time: 1:30 p.m.

## MINUTE SHEET

James H. Payne, U.S. District Judge      P. Lynn, Deputy Clerk      Ken Sidwell, Reporter

Counsel for Plaintiff: Andrew J. Hofland

Counsel for Defendant: Julie Linnen, FPD

Minutes: Case called for Pretrial Conference. Defendant present on bond. Defendant to file a motion to continue tomorrow requesting an additional 3 weeks.

Court Time

2:25-2:35