**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-CR-182-JHP |
| | ) | |
| **SCOTT FRE#DERICK ARTERBURY,** | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as additional Federal Public Defender counsel in this case

for Scott Frederick Arterbury, Defendant.

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Julia L. O'Connell, Federal Public Defender

By:      s/ William P. Widell
          William Widell OBA #18313


Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2016, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Andrew Hofland
Assistant United States Attorney
110 W 7th St., Suite 300
Tulsa, OK 74119-1013

      s/ William P. Widell
      William P. Widell

1