# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                      Plaintiff,        Case Number: 15-CR-182-JHP

vs.                                             Proceeding: Pretrial Conference

Scott Fredrick Arterbury,                Date: 3-23-2016

                      Defendant(s).     Court Time: 1:30 p.m.

## MINUTE SHEET

James H. Payne, U.S. District Judge        P. Lynn, Deputy Clerk        Ken Sidwell, Reporter

Counsel for Plaintiff: Andrew Hofland

Counsel for Defendant: William Widell, FPD

Minutes: Case called for pretrial conference. Defendant present on bond. Motion to suppress pending and is referred to the magistrate for R&R.

Court Time

2:55-3:00