IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-CR-000182-JHP |
| | ) |
| SCOTT FREDRICK ARTERBURY, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MOTION TO CONTINUE
DEFENDANT'S MOTION TO SUPPRESS HEARING**

The United States of America, by and through counsel, Danny C. Williams, Sr., United States Attorney for the Northern District of Oklahoma, and Andrew J. Hofland, Assistant United States Attorney, and moves this Court to continue the hearing on the Motion to Suppress currently set on April 19, 2016, at 2:00 p.m. before magistrate Judge Paul J. Cleary, to the following week. In support of this Motion the United States submits the following for the Court's consideration:

1. Government counsel is attending a national law enforcement conference for the entire week of April 18, 2016 through April 22, 2016, in Atlanta, Georgia.

2. Government counsel is the sole counsel in this case and based upon the specific and detailed nature of the motion, the interests of justice would be best served by not having substitute counsel argue the motion.

3. Government counsel has contacted defense counsel, William Widell, and he has no objection to this motion to continue this motion to suppress hearing.

4. Defense counsel is scheduled to be in trial during the currently set hearing date.

5. Defendant Arterbury is not in custody.

6. This request is not made for the purpose of unnecessary delay.

WHEREFORE, the Government requests this Court to strike the hearing date of April 19, 2016, and continue Motion to Suppress hearing until the week of April 25, 2016.

Respectfully submitted,

DANNY C. WILLIAMS, SR.
United States Attorney

　/s/ Andrew J. Hofland
Andrew J. Hofland, WI Bar #1065503
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119-1029
(918) 382-2700
andrew.hofland@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2016, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

William Widell
*Counsel for Defendant*

　/s/ Andrew J. Hofland
Andrew J. Hofland
Assistant United States Attorney