# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                        Plaintiff,

vs.                                            Case Number: 15-CR-182-JHP
                                              Proceeding: Motion to Suppress

Scott Fredrick Arterbury,                      Date: 4-25-2016
                           Defendant(s).    Court Time: 9:30 a.m.

## MINUTE SHEET

Paul J. Cleary, U.S. Magistrate Judge        K Perkins, Deputy Clerk    C2, Reporter

Counsel for Plaintiff: Andrew J. Hofland

Counsel for Defendant: William Patrick Widell, Jr., Appt

Minutes: Case called for hearing on Defendant's Motion to Suppress (Dkt. #33). Arguments were

heard from counsel; Motion taken under advisement.

---

Court Time: 9:40 - 11:00 a.m.