# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                     Plaintiff,      Case Number: 15-CR-182-JHP

vs.                                          Proceeding: Pretrial Conference

Scott Fredrick Arterbury,               Date: 4-26-2016
                    Defendant(s).      Court Time: 1:30 p.m.

## MINUTE SHEET

James H. Payne, U.S. District Judge       P. Lynn, Deputy Clerk       Brian Neil, Reporter

Counsel for Plaintiff: Andrew J. Hofland

Counsel for Defendant: William Widell, FPD

Minutes: Case called for pretrial conference. Defendant present on bond. Motion to suppress pending and R&R filed. Case remains set for trial on 5/17/16.

Court Time

1:35-1:40