IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-CR-182-JHP |
| | ) |
| SCOTT FREDRICK ARTERBURY | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING AND ADOPTING THE REPORT
AND RECOMMENDATION OF THE UNITED STATES
MAGISTRATE JUDGE**

On April 25, 2016 the United States Magistrate Judge entered a Report and Recommendation (Doc. No. 42) regarding Defendant's Motion to Suppress Evidence Seized from Residence (Doc. No. 33). The Magistrate Judge recommended that Defendant's Motion to Suppress be granted.

On May 2, 2016, the United States timely filed its objections to the Magistrate Judge's Report and Recommendation (Doc. No. 44), to which the Defendant responded (Doc. No. 45).

Upon full consideration of the entire record and the issues presented therein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on April 25, 2016, is supported by the record and is **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order. Therefore the Defendant's Motion to Suppress Evidence Seized from Residence is **GRANTED**.

The case remains set for jury trial on Tuesday, May 17, 2016 at 9:30 am.

James H. Payne
United States District Judge
Northern District of Oklahoma