# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-CR-182-JHP |
| ) | |
| SCOTT FRE#DERICK ARTERBURY, ) | |
| Defendant. ) | |

## DEFENDANT'S RESPONSE TO UNITED STATES MOTION TO CONTINUE

COMES NOW Defendant Arterbury, by and through his attorney of record, William P. Widell, and states that Defendant Arterbury does not object to the relief requested in Government's motion (Dkt. # 48).

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Julia L. O'Connell, Federal Public Defender

By:     s/ William P. Widell
      William Widell OBA #18313

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2016, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Andrew Hofland
Assistant United States Attorney
110 W 7th St., Suite 300
Tulsa, OK 74119-1013

    s/ William P. Widell
    William P. Widell

1