# U̲N̲I̲T̲E̲D̲ S̲T̲A̲T̲E̲S̲ D̲I̲S̲T̲R̲I̲C̲T̲ C̲O̲U̲R̲T̲
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                    Plaintiff,

vs.                                     Case Number: 15-CR-182-JHP

Scott Fredrick Arterbury,

                    Defendant(s).

## AMENDED SCHEDULING ORDER

At the direction of James H. Payne, U.S. District Judge, it is hereby ordered that government's motion to reconsider (dkt #51) is hereby DENIED and the following schedule is set:

| | | |
|---|---|---|
| Pretrial conference: | 7-27-2016 | at 1:30 p.m. |
| Voir dire, jury instructions, and trial briefs due: | 8-8-2016 | |
| Jury Trial: | 8-16-2016 | at 9:30 a.m. |

     It is further ordered that any motions for continuance that could affect the seventy (70) day deadline for commencement of trial provided for by the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq, shall specify the provision(s) of that Act pursuant to which the movant contends the requested delay may be excluded in computing the seventy (70) day deadline, as well as the facts underlying the movant's contentions.

                                            Mark C. McCartt,
                                            Clerk of Court, United States District Court

                                            <u>s/P. Lynn</u>
                                            By: P. Lynn, Deputy Clerk