**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | July 27, 2016 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Andrew John Hofland
Office of the United States Attorney
Northern District of Oklahoma
110 West 7th Street, Suite 300
Tulsa, OK 74119

RE:   **16-5117, United States v. Arterbury**
      Dist/Ag docket: 4:15-CR-00182-JHP-1

Dear Counsel:

The court has received and docketed your appeal. Please note your case number above. Copies of the Tenth Circuit Rules, effective January 1, 2016, and the Federal Rules of Appellate Procedure, effective December 1, 2015, may be obtained by contacting this office or by visiting our website at http://www.ca10.uscourts.gov. In addition, please note all counsel are required to file pleadings via the court's Electronic Case Filing (ECF) system. You will find information regarding registering for and using ECF on the court's website. We invite you to contact us with any questions you may have about our operating procedures. Please note that all court forms are now available on the court's web site. Outlined below are some of the requirements for prosecuting this appeal.

Attorneys must complete and file an entry of appearance form within 14 days of the date of this letter. *See* 10th Cir. R. 46.1(A). Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via ECF as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

Although attorneys who file a notice of appeal have technically entered an appearance, and may not withdraw without the court's permission, counsel must still file a separate entry of appearance form. For criminal appeals, please note the court will require trial counsel to continue the representation whether retained or appointed, until an order issues

allowing withdrawal. This is the case even if you did not sign the notice of appeal. *See* 10th Cir. R. 46.3(A). This initial continuity of counsel ensures that any criminal defendant who wishes to appeal has that appeal perfected.

Generally, the court will not allow counsel to withdraw until an entry of appearance form and the docketing statement are filed. *See* 10th Cir. R. 46.3(A). If there is an issue regarding the defendant's eligibility for the appointment of counsel, an appropriate motion must be filed in the district court. Where this is the case, it may be appropriate to file a motion seeking to extend the time for filing the motion to appoint or withdraw under the court's Criminal Justice Act plan.

You are required to file a docketing statement within 14 days of filing the notice of appeal. If you have not yet filed that pleading, you should do so within 14 days of the date of this letter. Please note that under local rule 3.4(C), the appellant is not limited to the issues identified in his docketing statement and may raise other appropriate issues in the opening brief. In addition to the docketing statement, all transcripts must be ordered within 14 days of the date of this letter. If no transcript is necessary, you must file a statement to that effect.

Appellant is not required to file a designation of record, but will be required to file an appendix with appellant's opening brief. *See* 10th Cir. R. 10.2(B) and 30.1.

Appellant must file an opening brief and appendix within 40 days after the date on which the district clerk notifies the parties and the circuit clerk that the record is complete for purposes of appeal. *See* 10th Cir. R. 31.1(A)(1). Motions for extension of time to file briefs and appendices must comply with 10th Cir. R. 27.1 and 27.5. These motions are not favored.

Briefs must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. *See* specifically Fed. R. App. P. 28 and 32 and 10th Cir. R. 28.1, 28.2 and 32.1, as well as 31.4 when applicable. In addition, we encourage all counsel, as applicable, to be familiar with 10th Cir. R. 46.4(B). Seven hard copies of briefs must be provided to the court within two days of filing via the court's Electronic Case Filing system. *See* 10th Cir. R. 31.5 and the court's CM/ECF User's Manual. Appendices must satisfy the requirements of Fed. R. App. P. Rule 30 and 10th Cir. R. 30.1(A) through (F). Appendix volumes submitted under seal must be accompanied by a separate motion to seal. *See* 10th Cir. R. 30.1(D)(6). As of January 1, 2015, all appendices must be filed electronically, and a single hard copy provided to the court within two days of filing via the court's Electronic Case Filing system. *See* 10th Cir. R. 30 as well as the court's CM/ECF User's Manual. Counsel are encouraged to utilize the court's Briefing & Appendix checklist when compiling their briefs and appendices.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:   Julie K. Linnen
      William Patrick Widell Jr.

EAS/sls



**16-5117 United States v. Arterbury "Criminal case docketed" (4:15-CR-00182-JHP-1)**

ca10_cmecf_notify   to: CM-ECFIntake_OKND   07/27/2016 01:52 PM

From:   ca10_cmecf_notify@ca10.uscourts.gov
To:   CM-ECFIntake_OKND@oknd.uscourts.gov

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 07/27/2016 at 12:42:39 PM MDT and filed on 07/27/2016

**Case Name:**   United States v. Arterbury
**Case Number:**   16-5117
**Document(s):**   Document(s)

**Docket Text:**
[10391734] Criminal case docketed. Preliminary record filed. DATE RECEIVED: 07/27/2016. Transcript order form and docketing statement due 08/10/2016 for United States of America. Notice of appearance due on 08/10/2016 for Scott Fredrick Arterbury and United States of America. Appointment motion due 08/10/2016 by Scott Fredrick Arterbury. [16-5117]

**Notice will be electronically mailed to:**

Mr. Andrew John Hofland: andrew.hofland@usdoj.gov
Mr. William Patrick Widell, Jr.: william_widell@fd.org


**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file. If appropriate, notice will be delivered by other means to:**


Julie K. Linnen
Office of the Federal Public Defender
Northern and Eastern Districts of Oklahoma
One West 3rd Street, Suite 1225
Tulsa, OK 74103

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** us v arterbury appeal.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=07/27/2016] [FileNumber=10391734-0]
[ebd82dfe367c878017f5bf9159a175998bdd3c3d33fbf505ff16c3455f9a5ef95449b8db4add51269
3fdf6e1d3b04c0b2d2cd5f23b246973d41222af5ae50060]]

**Document Description:** General Docket Letter - With Counsel
**Original Filename:** /opt/ACECF/live/forms/stacy_steinbrecher_165117_10391734_98.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=07/27/2016] [FileNumber=10391734-1]
[bb3c23b67494f477ab29aa07a8d25469323a972f1fbadb73c728f55fde24d1c06de6ae18a9e9b7a5
59c7fe6f85e3bb19feafdce93e5fd326fcf26d1acf73d565]]

**Recipients:**
- Mr. Andrew John Hofland
- Julie K. Linnen
- Mr. William Patrick Widell, Jr.