

**16-5117 United States v. Arterbury "Minute Order Filed" (4:15-CR-00182-JHP-1)**
ca10_cmecf_notify   to: CM-ECFIntake_OKND            08/10/2016 05:46 PM

| | |
|---|---|
| From: | ca10_cmecf_notify@ca10.uscourts.gov |
| To: | CM-ECFIntake_OKND@oknd.uscourts.gov |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/10/2016 at 4:45:31 PM MDT and filed on 08/10/2016

**Case Name:**    United States v. Arterbury
**Case Number:**   16-5117

**Docket Text:**
[10395677] Minute order filed - Notice due that record is complete by 09/06/2016 for Mark C. McCartt, Clerk of Court. (Text Only - No Attachment) [16-5117]

**Notice will be electronically mailed to:**

Mr. Andrew John Hofland: andrew.hofland@usdoj.gov
Julie K. Linnen: julie_linnen@fd.org
Mr. William Patrick Widell, Jr.: william_widell@fd.org