OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**

Mark C. McCartt      **Northern District of Oklahoma**      Telephone (918) 699-4700
Clerk of Court      411 UNITED STATES COURTHOUSE      Fax (918) 699-4756
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

August 16, 2016

Clerk of Court
Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257

IN RE:    Case No.:    15-cr-00182-JHP-1
10th Circuit Case No.: 16-5117
Plaintiff:    USA
Defendant:    Scott Fredrick Arterbury

Dear Clerk of Court,

     Please be advised that the record on appeal is complete. Transcripts are not necessary or already filed for the purpose of appeal.

     If there is anything further needed, please do not hesitate to contact me.

Very truly yours,

Mark C. McCartt, Clerk of Court

s/J. Nitz

By: J. Nitz, Deputy Clerk

cc: All counsel of record

AP-02 (11/11)